IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV624

| | |
|---|---|
| REGINA BOSTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CAPITAL ONE AUTO FINANCE, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon the *pro se* Plaintiff's Application to Proceed In Forma Pauperis. Judge Whitney entered an Order on October 15, 2014 enjoining this Plaintiff from filing any type of IFP case in this district without leave of court. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Proceed In Forma Pauperis is hereby DENIED.

Signed: January 4, 2016

Graham C. Mullen
United States District Judge