UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-624

| | |
|---|---|
| REGINA BOSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAPITAL ONE AUTO FINANCE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion. On January 6, 2016 an Order [doc. # 3] was entered denying the Plaintiff's Motion for Leave to Proceed *in forma pauperis*. The required filing fee has not been paid.

For failure to pay the required filing fee, IT IS THEREFORE ORDERED THAT the above captioned matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Signed: August 10, 2016

Graham C. Mullen
United States District Judge